## THOMAS J. FORDYCE v. ABRAHAM NEAL.

*Chattel mortgage—Description.*

The following description in a chattel mortgage is sufficient: "all the cattle, consisting of two yoke, aged six and seven years, color, red, white and blue  *  *  and all other property now in our possession in or about said village," etc.

Where several oxen are described in a mortgage as "red, white and blue," the full description need not apply to each.

Error to Isabella.  Submitted April 18.  Decided April 24.

TROVER by Neal for the conversion of a yoke of oxen which he claimed to have bought from the owner, but which were taken by Fordyce as sheriff under a chattel mortgage made before he bought them.    Defendant brings error.

*Fancher & Dodds* for plaintiff in error.

*Brown & Leaton* for defendant in error.

MARSTON, J.  The only question presented in this case

is as to the sufficiency cf a description of certain oxen in a chattel mortgage, which had been duly filed, as against one claiming to be a subsequent *bona fide* purchaser.

The description was: "all the cattle, consisting of two yoke, aged six and seven years, color, red, white and blue  *  ·  *  and all other property now in our possession in or about said village," etc.

This clearly must be held a good description within the rule laid down in *Farwell et al. v. Fox*, 18 Mich., 169; *Willey v. Snyder*, 34 Mich., 60. It was not necessary that the full description as given should apply to each ox.

The judgment must be reversed with costs and a new trial ordered.

The other Justices concurred.